# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Charles Everette Hinton,

    Plaintiff(s),

vs.

Rebecca C. Evans, Andrew Murray,
FNU Proctor, Jane Doe, John Doe,
Martha H. Curran and Christian Hoel,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:11cv631

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 13, 2012 Order.

    Signed: April 13, 2012

_____
Frank G. Johns, Clerk
United States District Court